UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-03076-MRA-PVC | Date | June 9, 2026 |
|---|---|---|---|
| Title | *Jose Macario Hernandez v. Warden, Adelanto ICE Processing Center, et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Priscilla Deason for Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [2]**

On June 4, 2026, Petitioner Jose Macario Hernandez ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, ECF 1, and an Emergency *Ex Parte* Application for Temporary Restraining Order, ECF 2.  Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") and seeks a TRO prohibiting the government from transferring or otherwise removing Petitioner during the pendency of these proceedings and setting a hearing on the underlying petition.   ECF 2 at 5-6.

The Court issued General Order No. 26-05 to facilitate the expedited resolution of the influx of petitions for writs of habeas corpus filed by those in immigration detention.  ECF 4. Pursuant to Section 2 of the General Order, the Court set a briefing schedule for the Petition: Respondents' answer is due by June 11, 2026, and Petitioner's reply is due no later than 14 days after the answer is served.  *Id.*  The General Order also provides that Respondent is required to provide at least two court days' notice prior to removal of Petitioner from this District.  In light of these protections, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief and Petitioner may not be transferred or otherwise removed without notice.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief").  Consistent with Section 3 of the General Order, the Court will deny any renewed motion that fails to provide a specific showing that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Accordingly, Petitioner's TRO Application is **DENIED** without prejudice.  The Court **ORDERS** Respondents to personally serve this Order on Petitioner within **24 hours** of this Order. Proof of service shall be filed no later than **June 15, 2026**.  Proceedings on the merits of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-03076-MRA-PVC | Date | June 9, 2026 |
|---|---|---|---|
| Title | *Jose Macario Hernandez v. Warden, Adelanto ICE Processing Center, et al.* | | |

Petitioner's underlying Petition will continue before the Magistrate Judge.

**IT IS SO ORDERED.**

_____  :  _____

Initials of Deputy Clerk     Pd/mku